**Fill in this information to identify the case:**

Debtor 1        Ronzell D. Williams aka Ronzell Devon Williams aka Ronzell Williams

Debtor 2

United States Bankruptcy Court for the: Southern District of Illinois

Case number :    18-31592-lkg

## Official Form 410S1

# Notice of Mortgage Payment Change                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | **NewRez LLC d/b/a Shellpoint Mortgage Servicing** | **Court claim no.** (if known): | **9** |
| **Last 4 digits** of any number you use to identify the debtor's account: | **6413** | **Date of payment change:** Must be at least 21 days after date of this notice | **01/01/2021** |
| | | **New total payment:** Principal, interest, and escrow, if any | **$677.74** |

### Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

    [ ] No

    [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law.
    Describe the basis for the change. If a statement is not attached, explain why:

    **Current escrow payment: $335.24**          **New escrow payment: $383.94**

### Part : 2   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

    [X] No

    [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

    **Current interest rate:**                                **New interest rate:**
    **Current Principal and interest payment:**   **New principal and interest payment:**

### Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    [X] No

    [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).
    Reason for change:
    **Current mortgage payment:**                       **New mortgage payment:**

Debtor 1  Ronzell D. Williams aka Ronzell Devon Williams aka Ronzell Williams            Case number (if known)    18-31592-lkg

      First Name      Middle Name      Last Name

## Part 4: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Mary Vitartas        Date  11/24/2020
Signature

| | | | |
|---|---|---|---|
| Print: | Mary Vitartas | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | PLGinquiries@padgettlawgroup.com |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the __25th__ day of November, 2020.

/S/ Mary Vitartas

MARY VITARTAS
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

## SERVICE LIST (CASE NO. 18-31592-lkg)

Debtor
Ronzell D Williams
1724 4th St
Madison, IL 62060
aka Ronzell Devon Williams
aka Ronzell Williams

Attorney
Jerry D Graham, Jr
JD Graham PC
1 Eagle Center
Suite 3A
O`Fallon, IL 62269

Trustee
Russell C Simon
Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL 62226

US Trustee
United States Trustee
Becker Bldg, Room 1100
401 Main St
Peoria, IL 61602



Shellpoint Mortgage Servicing
Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

RONZELL WILLIAMS
SHEIL WILLIAMS
1724 4TH ST
MADISON IL  62060

Analysis Date: November 12, 2020
Loan:

Property Address:
1724 4TH ST
MADISON, IL  62060

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Jan 01, 2021 | Prior Esc Pmt | February 01, 2020 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $293.80 | $293.80** | P & I Pmt: | $293.80 | Due Date: | September 01, 2020 |
| Escrow Pmt: | $335.24 | $383.94 | Escrow Pmt: | $335.24 | Escrow Balance: | -$323.48 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $1,340.96 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $261.17 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment | $629.04 | $677.74 | Total Payment | $629.04 | Anticipated Escrow Balance: | $756.31 |

| Shortage/Overage Information | Effective Jan 01, 2021 |
|---|---|
| Upcoming Total Annual Bills | $4,218.58 |
| Required Cushion | $703.10 |
| Required Starting Balance | $1,145.01 |
| Escrow Shortage | -$388.70 |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 703.10. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 703.10 or 1/6 of the anticipated payment from the account.

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

This is a statement of actual activity in your escrow account from Dec 2019 to Dec 2020. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | (1,444.64) |
| Dec 2019 | | 315.43 | | | * | | 0.00 | (1,129.21) |
| Feb 2020 | | 315.43 | | | * | | 0.00 | (813.78) |
| Mar 2020 | | 315.43 | | | * | | 0.00 | (498.35) |
| Mar 2020 | | 335.24 | | | * | | 0.00 | (163.11) |
| Apr 2020 | | 335.24 | | | * | | 0.00 | 172.13 |
| Jun 2020 | | 335.24 | | | * | | 0.00 | 507.37 |
| Jun 2020 | | 670.48 | | | * | | 0.00 | 1,177.85 |
| Jun 2020 | | 335.24 | | | * | | 0.00 | 1,513.09 |
| Jun 2020 | | | | 245.89 | * | County Tax | 0.00 | 1,267.20 |
| Aug 2020 | | 335.24 | | | * | | 0.00 | 1,602.44 |
| Aug 2020 | | | | 245.89 | * | County Tax | 0.00 | 1,356.55 |
| Sep 2020 | | 335.24 | | | * | | 0.00 | 1,691.79 |
| Sep 2020 | | | | 245.89 | * | County Tax | 0.00 | 1,445.90 |
| Sep 2020 | | | | 3,219.74 | * | Hazard | 0.00 | (1,773.84) |
| Oct 2020 | | 335.24 | | | * | | 0.00 | (1,438.60) |
| Nov 2020 | | 335.24 | | | * | | 0.00 | (1,103.36) |
| | | | | | | Anticipated Transactions | 0.00 | (1,103.36) |
| Dec 2020 | | 1,340.96 P | | 261.17 | | County Tax | | (23.57) |
| | $0.00 | $5,639.65 | $0.00 | $4,218.58 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

**Shellpoint Mortgage Servicing**
For Inquiries: (800) 365-7107

| | | |
|---|---|---|
| Analysis Date: | | November 12, 2020 |
| Loan: | | |

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 756.31 | 1,145.01 |
| Jan 2021 | 351.55 | | | 1,107.86 | 1,496.56 |
| Feb 2021 | 351.55 | | | 1,459.41 | 1,848.11 |
| Mar 2021 | 351.55 | | | 1,810.96 | 2,199.66 |
| Apr 2021 | 351.55 | | | 2,162.51 | 2,551.21 |
| May 2021 | 351.55 | | | 2,514.06 | 2,902.76 |
| Jun 2021 | 351.55 | | | 2,865.61 | 3,254.31 |
| Jul 2021 | 351.55 | 245.89 | County Tax | 2,971.27 | 3,359.97 |
| Aug 2021 | 351.55 | | | 3,322.82 | 3,711.52 |
| Sep 2021 | 351.55 | 245.89 | County Tax | 3,428.48 | 3,817.18 |
| Oct 2021 | 351.55 | 245.89 | County Tax | 3,534.14 | 3,922.84 |
| Oct 2021 | | 3,219.74 | Hazard | 314.40 | 703.10 |
| Nov 2021 | 351.55 | | | 665.95 | 1,054.65 |
| Dec 2021 | 351.55 | 261.17 | County Tax | 756.33 | 1,145.03 |
| | $4,218.60 | $4,218.58 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 756.31. Your starting
balance (escrow balance required) according to this analysis should be $1,145.01. This means you have a shortage of 388.70.
This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's
deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.
We anticipate the total of your coming year bills to be 4,218.58. We divide that amount by the number of payments expected during the coming year to
obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $351.55 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $32.39 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $383.94 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $645.35 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt, please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan, or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Information Request, please write to us at the following address:

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826

---

  Detach Here


Shellpoint Mortgage Servicing
PO Box 10826

Greenville, SC  29603 0826
(800) 365-7107

**Escrow Shortage Reply** (This is not a bill)

| | |
|---|---|
| Loan Number: | |
| Full Shortage Amount: | $388.70 |
| Payment Amount: | $ _____ |

Your escrow shortage has been spread over 12 months, resulting in an additional increase in your monthly payment in the amount of 32.39.

Shellpoint Mortgage Servicing
P.O. Box 740039
Cincinnati, OH 45274-0039

IF YOU CHOOSE to pay your shortage in full, please visit www.ShellpointMtg.com in order to expedite your payment. You can also mail this coupon with your remittance of the full shortage amount to the address to the left